UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

KIRSTIE PHELPS,

                Plaintiff,

v.

BRIGHTER CHOICE FOUNDATION, INC. and BRIGHTER CHOICE CHARTER SCHOOL FOR GIRLS,

                Defendants.

**ELECTRONICALLY FILED**

**DEFENDANT BRIGHTER CHOICE FOUNDATION INC.'S RULE 7.1 DISCLOSURE STATEMENT**

Civil Action No. 12-cv-1494 (GLS/CFH)

Defendant Brighter Choice Foundation, Inc., by its attorneys, Bond, Schoeneck & King, PLLC, makes the following disclosures in accordance with Rule 7.1 of the Federal Rules of Civil Procedure:

      1.    Brighter Choice Foundation, Inc. is a not-for-profit corporation and as such has no parent corporation; and

      2.    Brighter Choice Foundation, Inc. is a not-for-profit corporation and has no shareholders.  There are no publicly held corporations that own 10% or more of its stock.

Dated:  December 28, 2012

BOND, SCHOENECK & KING, PLLC

By:  Nicholas J. D'Ambrosio, Jr.
      Bar Roll No.: 101449
Attorneys for Defendant
  Brighter Choice Foundation, Inc.
111 Washington Avenue
Albany, New York  12210-2211
Telephone:  (518) 533-3000
Facsimile :  (518) 533-3299
E-Mail:  ndambrosio@bsk.com

293631.1 12/28/2012

TO: Giovanna A. D'Orazio, Esq.
Bar Roll No. 515574
Email: gad@doraziopeterson.com
Scott M. Peterson, Esq.
Bar Roll No. 513186
Email: smp@doraziopeterson.com
D'ORAZIO PETERSON LLP
Attorneys for Plaintiff
125 High Rock Avenue
Saratoga Springs, NY 12866
Telephone: (518) 308-8339
Facsimile: (518) 633-5106